**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAQUIN LOPEZ,<br>Plaintiff,<br>v.<br>SARGENT SCORTS, ET AL.,<br>Defendants. | Case No. 2:26-cv-05091-AH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED WITH PREJUDICE.

DATED: NOVEMBER 4, 2026

AnneHwang

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE